# UNITED STATES DISTRICT COURT

SOUTHERN_____DISTRICT OF_____NEW YORK

LI LAN LI and LYDIA LEUNG as
representatives of all people similarly
situated,

SUMMONS IN A CIVIL ACTION

08  CV  3867

V.

CASE NUMBER:

CABLE NEWS NETWORK a/k/a CNN,
TURNER BROADCASTING SYSTEM,
INC. and JACK CAFFERTY.

**JUDGE CHIN**

TO: (Name and Address of Defendant)
CABLE NEWS NETWORK a/k/a CNN,
TURNER BROADCASTING SYSTEM,
INC. and JACK CAFFERTY.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S
ATTORNEY (name and address)

Law Office of Ming Hai, P.C.
36-09 Main Street, Suite 7B
Flushing, New York 11354
(718)-455-9111

an answer to the complaint which is served on you with this summons, within
_____30_____ days after service of this summons on you, exclusive of the day of
service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. Any answer that you serve on the parties to this action must
be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

Clerk

_____

Deputy Clerk

Date

APR 2 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITi E |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSie VtKeUeRI D tKe deIendInt' Vdwe@ng KRuVe RUsual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEi | SERVICES | TOTAi $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                       *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS     Lilen Li, Lydia Leung as representatives of all people similarly situated

DEFENDANTS     JACK CAFFERTY, Cable News Network a/k/a CNN and TURNER BROADCASTING SYSTEM, INC.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
LAW OFFICE OF MING HAI, P.C.
36-09 MAIN STREET, SUITE 7B FLUSHING, NY 11354 (718) 445-9111

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
DEFAMATION; INTENTIONAL/RECKLESS INFLICTION OF EMOTIONAL DISTRESS

Has this or a similar case been previously filed in SDNY at any time? No [X]   Yes? [ ]   Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No[ ] Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)          NATURE OF SUIT

|  |  |  | ACTIONS UNDER STATUTES | |
|---|---|---|---|---|
| | | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[X] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**ACTIONS UNDER STATUTES**

_Check if demanded in complaint:_

[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1.3 billion   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

_Check YES only if demanded in complaint_
JURY DEMAND: [X] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

*(PLACE AN x IN ONE BOX ONLY)*                           **ORIGIN**

[X] 1 Original Proceeding   [ ] 2a. Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from (Specify District)   [ ] 6 Multidistrict Litigation   [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

[ ] 2b. Removed from State Court AND at least one party is a pro se litigant

*(PLACE AN x IN ONE BOX ONLY)*     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [X] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [X] 3 | [ ] 3 | INCORPORATED _and_ PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [X] 2 | INCORPORATED _or_ PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

LILAN LI, @ XIZHIMEN NANDA STREET, BEIJING, CHINA

LYDIA LEUNG, @ 126 lafayette street, #2F, New York, NY 10013

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

1 TIME WARNER CENTER, NEW YORK, NEW YORK

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] FOLEY SQUARE
(DO NOT check either box if this is a PRISONER PETITION.)

DATE   April 17, 2008     SIGNATURE OF ATTORNEY OF RECORD     ADMITTED TO PRACTICE IN THIS DISTRICT
RECEIPT #                                                    [ ] NO
                                                             [X] YES (DATE ADMITTED Mo. _____ Yr. _____)
                                                             Attorney Bar Code # MH 8849

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JS 44C/SDNY
REV. 12/2005

**CIVIL COVER SHEET** 08 CV 3867

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS Lilan Li , Lydia Leung as representatives of all people similarly situated | DEFENDANTS Jack Cafferty and Cable News Network aka CNN |
|---|---|

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Law Office of Ming Hai, PC 36-09 Main St. #7B, Flushing NY 11354  (718) 445 9111 | ATTORNEYS (IF KNOWN) RECEIVED APR 24 2008 U.S.D.C. S.D.N.Y. CASHIERS |
|---|---|

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Defamation;
Intentional/Reckless Infliction of Emotional Distresses

Has this or a similar case been previously filed in SDNY at any time? No [X] Yes? [ ]  Judge Previously Assigned

If yes, was this case Vol.[ ]  Invol. [ ]  Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 161 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[X] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[X] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

*Check if demanded in complaint:*

X CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1.3 billion  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [X] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)                              ORIGIN

[x] 1 Original     [ ] 2a. Removed from [ ] 3 Remanded from [ ] 4 Reinstated or [ ] 5 Transferred from [ ] 6 Multidistrict [ ] 7 Appeal to District
    Proceeding         State Court      Appellate Court    Reopened      (Specify District)     Litigation      Judge from
                  [ ] 2b. Removed from State Court                                               Magistrate Judge
                        AND at least one party is a pro se litigant                                     Judgment

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE |
|---|---|---|

[ ] 1 U.S. PLAINTIFF     [ ] 2 U.S. DEFENDANT     [ ] 3 FEDERAL QUESTION     [x] 4 DIVERSITY        *CITIZENSHIP BELOW.*
                                           (U.S. NOT A PARTY)                             *(28 USC 1332, 1441)*

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x]1 | [x]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [x]2 | [x]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Lilan LI, at Xizhimen Nanda Street, Beijing, China

Lydia Leung, at 126 Lafayette St., #2F, New York NY 10013

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

1 Time Warner Center, New York, New York

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] FOLEY SQUARE
              (DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| April 17, 2008 | | [ ] NO |
| RECEIPT # | | [x] YES (DATE ADMITTED Mo. _____ Yr. _____) |
| | | Attorney Bar Code # *M H 8849* |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LI LAN LI and LYDIA LEUNG as
representatives of all people similarly                    Index No.
situated,

Plaintiff,

- against -                                    **COMPLAINT**

CABLE NEWS NETWORK a/k/a CNN, TURNER
BROADCASTING SYSTEM, INC. and JACK CAFFERTY.
                                Defendants.
------------------------------------------------------------------- X

Plaintiffs, LI LAN LI and LYDIA LEUNG, by its attorneys LAW OFFICE OF

MING HAI, P.C., complaining of the Defendants, alleges upon information and belief as

follows:

## THE PARTIES

1.      Plaintiff LI LAN LI is a citizen and resident of Beijing, China.

2.      Plaintiff LYDIA LEUNG is a citizen and resident of New York with an

address at 126 Lafayette Street, #2F, New York, New York 10013.

3.      Based on information and belief, Defendant CABLE NEWS NETWORK

a/k/a CNN, is located in Atlanta, Georgia. Upon information and belief, at all times

hereinafter mentioned, Defendant CABLE NEWS NETWORK a/k/a CNN (hereinafter

"CNN") is a foreign corporation registered in the State of Delaware, and is "authorized"

to do business in New York under New York State Business Corporation Law Section
1301 (a), 1304, 1306, thus subject to the general jurisdiction of this State.

4.    Defendant CNN has engaged in business activities in the State of New
York systematically, continuously and demonstrated a fair measure of permanence, with
business locations and operations in following addresses of this State: 1 Time Warner
Center, Manhattan, New York. Defendant is thus subject to the general jurisdiction of
this State under New York State CPLR 301 and Federal Law.

5.    Defendant CNN is authorized to do business in the State New York, has
engaged in business activities systematically and consistently in the State of new York,
with its place of business at 1 Time Warner Center, Manhattan, New York.

6.    Defendant TURNER BROADCASTING SYSTEM, INC. is a corporation
duly registered in the State of Georgia.   Upon information and belief, at all times
hereinafter mentioned, Defendant TURNER BROADCASTING SYSTEM, INC.
(hereinafter "TURNER") has engaged in business activities in the State of New York
systematically, continuously and demonstrated a fair measure of permanence, with
business locations and operations in following addresses of this State: 1 Time Warner
Center, Manhattan, New York. Defendant is thus subject to the general jurisdiction of
this State under New York State CPLR 301 and Federal Law.

7.    Defendant "TURNER" is authorized to do business in the State New
York, has engaged in business activities systematically and consistently in the State of
new York, with its place of business at 1 Time Warner Center, Manhattan, New York.
Defendant "TURNER" has consented to the Jurisdiction of the State of New York, with a

designated Registered Agent for process service purpose as follows: C T Corporation System, 111 Eighty Ave., New York NY 10011.

8.    Upon information and belief, TURNER owns CNN.

9.    Defendant JACK CAFFERTY is an employee, agent, representative, officer of co-defendant TURNER and CNN. Upon information and belief, at all time hereinafter mentioned, Defendant JACK CAFFERTY (hereinafter "JACK"), through his employment with co-defendants, and individually, has engaged in business activities in the State of New York systematically, continuously and demonstrated a fair measure of permanence, with business locations and operations in following addresses of this State: 1 Time Warner Center, Manhattan, New York. Defendant is thus subject to the general jurisdiction of this State under New York State CPLR 301 and Federal Law.

10.    Defendant JACK CAFFERTY, through his employment with co-defendants, is authorized to do business in the State New York, has engaged in business activities systematically and consistently in the State of new York, with its place of business at 1 Time Warner Center, Manhattan, New York. The amount in controversy exceeds $75,000.00 as the underlying complaint seeks $1,300,000,000.00 in damages for defamation and emotional distress.

## JURISDICTION

11.    This Court has subject matter jurisdiction due to diversity of citizenship and amounts in controversy in excess of $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. Section 1332.

12.    Venue is proper in this district pursuant to 28 U.S.C. Section 1391

13.    A controversy exists between the parties as to statements made by JACK as an agent/representative/employee/independent contractor/officer for Defendants CNN and TURNER during his normal working hours in which both Defendants CNN and TURNER ratified, against all people of Chinese ancestry.

14.    The Plaintiffs have no adequate remedy at law.

## AS AND FOR A FIRST CAUSE OF ACTION

15.    Plaintiffs repeats and realleges each and every allegation contained in the paragraphs of the complaint numbered 1 through 10 as if fully set forth at length herein.

16.    On or about April 9, 2008, Defendants without support therefore, published oral defamatory remarks to third parties world-wide.

17.    That Defendants without support therefore, in a CNN Situation Room charged the Chinese people, private citizens, with an assault by saying the following: "[t]hey're [Chinese] are basically the same bunch of goons and thugs they've been from the last 50 years." Further, he called all Chinese products "junks".

18.    Above statements were repeatedly republished worldwide directly or indirectly by defendants or third parties.

19.    That the statements written and published by Defendants were false, defamatory, malicious, slanderous and libelous.

20.    Upon information and belief, at the time of the aforesaid publication, Defendants were motivated by actual malice in that Defendants knew the matters contained therein concerning Plaintiffs so published were false and untrue, or were published with reckless and wanton disregard of whether they were false and untrue.

21.    Defendants acted in a grossly irresponsible and malicious manner by publishing said comments to third parties.

22.    The statements published constitute slander per se and libel per se.

23.    Plaintiffs, and the class they represent, enjoys and always has enjoyed an excellent reputation for hard work, honesty, integrity and competence in the world community in general and specifically.

24.    In particular, plaintiffs are granted the opportunity to hold the 2008 Summer Olympic Game in the near future, to welcome athletes and honored guests, including statesmen and private citizens from world wide to their hometown for ceremony and celebration, for the first time in their 5000 years history.

25.    As a result of the publications and acts of Defendants in connection thereinwith, Plaintiffs have been held to world public contempt, ridicule, disgrace and prejudice; has suffered great mental pain and anguish; and has been irreparably harmed in their good name and social standing, and has lost the esteem and respect of friends, acquaintances, and has lost business associates, business opportunities, and suffered irreparable damages in marketing their products in the world public generally.

26.    Defendants knew or should have known that by publishing these statements, false and derogatory impression of Plaintiffs would be created in the minds of

the third parties, which would impugn and damage the reputation of Plaintiffs with colleagues, peers , business world and with the world community in general.

27.     That by reason of the foregoing, Plaintiffs have suffered damages in the amount set forth below.

28.     The amount of damages sought in this action exceeds the jurisdictional limit of all lower courts that would otherwise have jurisdiction.

## AS AND FOR A SECOND CAUSE OF ACTION

29.     Plaintiffs repeats and realleges each and every allegation contained in the paragraphs of the complaint numbered 1 through 27 as if fully set forth at length herein.

30.     Defendants have intentionally published these statements, causing the said false and derogatory statements being repeated and broadcast world wide repeatedly, have refused to withdraw the false statement upon due demands, have refused to apologize for the intentional wrongful conduct as described.

31.     As such, defendants have intentionally caused extreme emotional distresses on plaintiffs. Plaintiffs and members of plaintiffs' class have suffered agony, physical illness, loss of sleep, elevated anxiety, and worsened existing illness.

32.     Plaintiffs have organized public demonstrations, protests, incurred time and money in efforts to clear their good name.

33.     The amount of damages sought in this action exceeds the jurisdictional limit of all lower courts which would otherwise have jurisdiction.

## AS AND FOR A THIRD CAUSE OF ACTION

34.    Plaintiffs repeats and realleges each and every allegation contained in the paragraphs of the complaint numbered 1 through 32 as if fully set forth at length herein.

35.    Defendants conducts are wanton, reckless, malicious and grossly negligent in that defendants have completely ignore the truth of the matter, have failed to investigate and verify the truth of the matter before making the false and derogatory statements.

36.    Defendants' wrongful conducts occurred at a time that plaintiffs are granted the opportunity to hold the 2008 Summer Olympic Game in the near future, to welcome athletes and honored guests, including statesmen and private citizens from world wide to their hometown for ceremony and celebration, for the first time in their 5000 years history.

37.    Defendants have recklessly and grossly negligent published these statements, causing the said false and derogatory statements being repeated and broadcast world wide repeatedly, have refused to withdraw the false statement upon due demands, have refused to apologize for the intentional wrongful conduct as described.

38.    As such, defendants have intentionally caused extreme emotional distresses on plaintiffs. Plaintiffs and members of plaintiffs' class have suffered agony, physical illness, loss of sleep, elevated anxiety, and worsened existing illness.

39.    Plaintiffs have organized public demonstrations, protests, incurred time and money in efforts to clear their good name.

40.    The amount of damages sought in this action exceeds the jurisdictional limit of all lower courts which would otherwise have jurisdiction.


## AS AND FOR A FORTH CAUSE OF ACTION


41.    Plaintiffs repeats and realleges each and every allegation contained in the paragraphs of the complaint numbered 1 through 40 as if fully set forth at length herein.

42.    Due to the nature of defendant's wrongful conduct and the resulted damages on plaintiffs good name, plaintiffs do not have adequate remedy at law.

43.    Plaintiffs respectfully request an order from the court to compel defendants to withdraw the false statements publicly and issue an apology to plaintiffs publicly.

**WHEREFORE**, Plaintiffs demands judgment as follows:

a)    In regards to Plaintiffs' First Cause of Action, awarding the sum of $1,300,000,000.00;

b)    In regards to Plaintiffs' Second Cause of Action, awarding the sum of $1,300,000,000.00;

c)    In regards to Plaintiffs' Third Cause of Action, awarding the sum of $1,300,000,000.00;

d)    In regards to Plaintiffs' Forth Cause of Action, ordering defendants to withdraw the false statements publicly and issue an apology to plaintiffs publicly.

e)    Awarding costs and disbursements of this action;

f) Awarding reasonable attorneys fees; and

g) Awarding such other and further relief as this Court deems just, proper and equitable.

Dated: April 18, 2008
Flushing, New York

LAW OFFICE OF MING HAI, P.C.

BY:

MING HAI, Esq.
36-09 Main Street, Suite 7B
Flushing, New York 11354
(718)-445-9111
Attorney for Plaintiffs

## VERIFICATION

STATE OF NEW YORK )
                                ss.:

COUNTY OF QUEENS )

Lydia Leung,   being duly sworn, deposes and says:

         I am the Plaintiff in this Action, and I have read and know the contents of the

foregoing Verified Complaint.  The Verified Complaint is true to my own knowledge, except as

to matters alleged upon information and belief, and as to those matters I believe it to be true.

                                                           Lydia Leung

Sworn to before me this 22nd Day APRIL 20 08

_____
Notary Public

**Don Chin**
**Notary Public, State of New York**
**No. 01CH4679325**
**Qualified in Queens County**
**Commission Expires** 9/30/2010

Copyright 2001 Matthew Bender & Company, Inc., a member of the Lexis-Nexis group.

## VERIFICATION

Ming Hai , the undersigned attorney-at-law duly admitted to practice law in the State of New York and the U.S. District Court Southern District of New York, affirms the followings:

I am the attorney the law firm of Law Office of Ming Hai, PC, counsel for plaintiffs in this Action, and I have read and know the contents of the foregoing VERIFIED COMPLAINT. The VERIFIED COMPLAINT is true to my own knowledge, except as to matters alleged upon information and belief, and as to those matters I believe it to be true.

The sources of my information and grounds of my belief as to all matters in the foregoing document not stated to be made upon my knowledge are as follows: correspondence and other documents furnished by client or others, interviews and phone calls with parties and /or their employees , general investigation of the facts.

This verification is made by me because my client Lilan Li is located in a country different from the country and State where my office is.

Ming Hai

Copyright 2001 Matthew Bender & Company, Inc., a member of the Lexis-Nexis group.