UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

Li Lan Li and Lydia Leung , et al

                              CASE No. 08 CV 3867

                Plaintiffs,

- against -                            **Notice of Discontinuance**

CNN, et al

                Defendants.

------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that the above captioned action is hereby withdrawn and discontinued by plaintiffs without prejudice.

Dated: May 19, 2008
       FLUSHING, NY 11354

                                          LAW OFFICE OF MING HAI, PC

                                By: _____
                                          Ming Hai, Esq.
                                          36-09 MAIN ST. SUITE 7B
                                          FLUSHING, NY 11354
                                          (718) 445-9111
                                          Attorneys for Plaintiffs