UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Li Lan Li and Lydia Leung , et al

                                            Plaintiffs,

CASE No. 08 CV 3867

- against -

CNN, et al

**Notice of Discontinuance**

                                            Defendants.

-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the above captioned action is hereby withdrawn and discontinued by plaintiffs without prejudice.

Dated: May 19, 2008
       FLUSHING, NY 11354

                                        LAW OFFICE OF MING HAI, PC

                          By: _____
                                        Ming Hai, Esq.
                                        36-09 MAIN ST. SUITE 7B
                                        FLUSHING, NY 11354
                                        (718) 445-9111
                                        Attorneys for Plaintiffs