UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Li Lan Li and Lydia Leung , et al

                     CASE No. 08 CV 3867 (DC)

                Plaintiffs,

- against -                        **Notice of Discontinuance**

CNN, et al

                Defendants.

---------------------------------------------------------------X

      PLEASE TAKE NOTICE that the above captioned action is hereby withdrawn and discontinued by plaintiffs without prejudice.

Dated: May 19, 2008
       FLUSHING, NY 11354

                                       LAW OFFICE OF MING HAI, PC

                                       By: _____
                                       Ming Hai, Esq.
                                       36-09 MAIN ST. SUITE 7B
                                       FLUSHING, NY 11354
                                       (718) 445-9111
                                       Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

SO ORDERED.

5/20/08

U.S.D.J.